January 24, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

RICHARD MARK WATTS, Appellant

NO. 14-11-00637-CV                    V.

RUTH OLIVER, Appellee

_____

This cause, an appeal from the order in suit to modify parent-child relationship, signed May 24, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to clarify that post-judgment interest on appellate attorney's fees does not begin until the appellate court's judgment is final.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order appellant, Richard Mark Watts, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.